FAIRVIEW-CHASE CORPORATION, Appellant and Respondent, *v.* PHILLIP SCHARF, Appellant, and ALICE C. McCOY, Respondent.

(Submitted February 10, 1930; decided February 18, 1930.)

*Abraham J. Halprin* for motion.

*Frank C. Laughlin* opposed.

Motion denied, with ten dollars costs.